**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6940**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNIS ALLEN BREWER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, District Judge. (CR-91-342)

_____

Submitted:  July 26, 2001          Decided:  August 2, 2001

_____

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Dennis Allen Brewer, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Allen Brewer seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and his subsequent motion for a certificate of appealability. Although Brewer's § 2255 motion was successive, the district court denied relief on the merits. Because Brewer did not obtain authorization from this court to file his successive motion in the district court, we deny a certificate of appealability and dismiss the appeal because the district court lacked authority to consider it. See 28 U.S.C.A. §§ 2244(b)(3), 2255 (West Supp. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2